**Charles Bruce MILLER, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 32890.**

Missouri Court of Appeals, Western District.

Aug. 3, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 5, 1982.

Application to Transfer Denied Nov. 15, 1982.

William F. O'Sullivan and John Edward Cash, Bunch, O'Sullivan, Sandifar & Hill, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Melinda Corbin, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and WASSERSTROM and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from judgment denying post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).